LYDIA M. HERSHEY, Appellant, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.

MALCOLM J. HERSHEY, Appellant, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.

*Negligence — railroads — injury to passenger from package dropped by fellow-passenger — when railroad company not liable.*

*Hershey* v. *N. Y., Ontario & Western Ry. Co.,* 189 App. Div. 270 (2 cases), affirmed.

(Argued December 7, 1921; decided January 10, 1922.)

APPEAL, in each of the above-entitled actions, from a judgment, entered December 15, 1919, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The first action was to recover for personal injuries alleged to have been sustained by plaintiff, while a passenger on one of defendant's trains, through the negligence of said defendant. It appeared that the injuries were caused by a fellow-passenger in attempting to enter the seat occupied by the said plaintiff dropping a package upon the said plaintiff's left hand. The second action was brought by the husband of the plaintiff in the first action to recover damages for the loss of the services and society of his wife by reason of said injuries.

*William B. Frye* for appellants.

*William H. Sullivan* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.